**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAROLL ARTHUR MIZELL,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

3:10-CV-269-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#4) entered on January 13, 2011, recommending the Court deny Plaintiff's Motion to Proceed in Forma Pauperis (#1) and dismiss the action. No objection to the Report and Recommendation was filed.

The Court has conducted its *de novo* review in this case and has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. Plaintiff failed to fully complete the application to proceed in forma pauperis and failed to comply with the Magistrate Judge's order. The Court accordingly determines that the Magistrate Judge's Report and Recommendation (#4) entered on January 13, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered on January 13, 2011, is adopted and accepted.

IT IS FURTHER ORDERED that Plaintiff's Motion to Proceed in Forma Paueris (#1) is DENIED.

IT IS FURTHER ORDERED that this action is dismissed without prejudice.

DATED: this 7th day of December, 2011.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE